UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI TOOL, INC., | No. 2:22-cv-1515-DAD-KJN |
| Plaintiff, | ORDER |
| v. | (ECF No. 26.) |
| THAD HALES, et al., | |
| Defendants. | |

On November 28, 2023, the court heard arguments on plaintiff's motion to compel. (ECF No. 26.) For the reasons discussed at the hearing, it is HEREBY ORDERED that:

1. Plaintiff's motion is GRANTED IN PART and DENIED IN PART as follows:

    a. Within 14 days of this order, defendant Enerpac shall respond to Interrogatories 6 and 7. For proportionality, the responses shall be limited to gross and net revenues for the 11 clients from 2018-present. Defendant shall also include a brief explanation regarding the difference between each set of gross and net amounts;

    b. Plaintiff's motion to compel responses to Requests for Production 6 and 7 is denied without prejudice on proportionality grounds; and

2. The parties' requests for attorneys' fees are DENIED.

Dated: November 29, 2023

trit.1515

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE